UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN and DEANN HENRY, KAREN TALERICO, MARK MATHENA and CATHERINE HUFFMAN, ANDREA POLCARO, ADAM F. and KORIE L. CROSSMAN, MARK R. and NICHOLE J. GUSTAFSON,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHARLES BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts, and MONICA BHAREL, M.D., in her official capacity as Commissioner of the Department of Public Health,<br><br>　　　　　　　　　Defendants. | C.A. No. 1:20-CV-12032 |

**DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE THE PAGE LIMIT
FOR THEIR CONSOLIDATED MEMORANDUM IN OPPOSITION TO THE
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
AND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

　　Defendants Charles Baker, in his official capacity as Governor of the Commonwealth of Massachusetts, and Monica Bharel, in her official capacity as Commissioner of the Massachusetts Department of Public Health, respectfully request that this Court enlarge by 10 pages the limit for their consolidated memorandum (due on December 8, 2020) in opposition to Plaintiffs' Motion for Preliminary Injunction (Docket # 8) and in support of their forthcoming motion to dismiss the Complaint. As grounds for this request, Defendants state as follows:

　　1.　　In order to avoid repetition in their arguments and to present the Court with a cohesive statement of their legal position in advance of the December 16, 2020 hearing in this matter, Defendants intend to file a consolidated memorandum that will address both the reasons

-1-

why the Court should deny Plaintiffs' Motion for Preliminary Injunction and the reasons why the Court should dismiss Plaintiffs' Complaint under Rule 12(b).  Because their consolidated memorandum will cover both of these separate (but overlapping) topics, Defendants request permission to file a legal memorandum of up to 30 pages.

2. Defendants state further that additional pages are necessary so that they can adequately address all of the various constitutional arguments raised by Plaintiffs in their 38-page Complaint.  Plaintiffs assert at least seven different constitutional claims in the Complaint: a federal due process claim; a state due process claim; a free exercise of religion claim under the First Amendment; a federal equal protection claim; a state equal protection claim; and a claim based on the "doctrine of unconstitutional conditions."  Defendants wish to fully respond to each of these claims in their consolidated memorandum, and require 10 additional pages to do so.

3. This case involves a matter of public importance, as Plaintiffs seek to enjoin the enforcement of an ongoing state-wide immunization requirement, and Defendants wish to ensure that they have adequate space in their legal memorandum to fully respond to this legal challenge.

4. The Plaintiffs assent to this motion.

      Respectfully submitted,

      MAURA HEALEY
      ATTORNEY GENERAL

      */s/ Richard S. Weitzel*
      Richard S. Weitzel (BBO No. 630303)
      *Assistant Attorney General*
      Government Bureau
      One Ashburton Place
      Boston, MA 02108
      (617) 963-2022
      Richard.Weitzel@mass.gov

      *Counsel for the Defendants*

Dated:  December 3, 2020

-3-

## CERTIFICATE OF SERVICE

     I certify that this document, filed through the Court's ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF).

                                  */s/ Richard S. Weitzel*  
                                  Richard S. Weitzel  
                                  Assistant Attorney General

Dated:  December 3, 2020