UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN and DEANN HENRY, KAREN TALERICO, MARK MATHENA and CATHERINE HUFFMAN, ANDREA POLCARO, ADAM F. and KORIE L. CROSSMAN, MARK R. and NICHOLE J. GUSTAFSON,<br><br>                    Plaintiffs,<br><br>            v.<br><br>CHARLES BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts, and MONICA BHAREL, M.D., in her official capacity as Commissioner of the Department of Public Health,<br><br>                    Defendants. | C.A. No. 1:20-CV-12032 |

## AFFIDAVIT OF RICHARD S. WEITZEL

I, Richard S. Weitzel, do hereby depose and state as follows:

1. I am an Assistant Attorney General at the Massachusetts Office of the Attorney General and am a member in good standing of the Massachusetts bar. I represent the Defendants in this action.

2. I submit this affidavit in support of Defendants' Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction and in Support of Motion to Dismiss.

3. Attached as Exhibit A is a true and correct copy of an American Academy of Pediatrics policy statement entitled "Recommendations for Prevention and Control of Influenza in Children, 2020-2021," originally published on September 8, 2020, available at:

https://pediatrics.aappublications.org/content/146/4/e2020024588

4. Attached as Exhibit B is a true and correct copy of a press release issued by the American Medical Association entitled "AMA urges vaccinations as flu season clashes with COVID-19 pandemic," dated September 30, 2020, available at: https://www.ama-assn.org/press-center/press-releases/ama-urges-vaccinations-flu-season-clashes-covid-19-pandemic

5. Attached as Exhibit C is a true and correct copy of a page from the American Hospital Association website entitled "United Against the Flu," downloaded on December 2, 2020, available at: https://www.aha.org/ahia/promoting-healthy-communities/united-against-flu

6. Attached as Exhibit D is a true and correct copy of a press statement issued by the American Lung Association, the American Diabetes Association, and the American Heart Association entitled "During pandemic, nation's top public health organizations urge patients to get flu vaccinations to prevent serious health risks, reduce burden on hospitals," published on October 14, 2020, available at: https://newsroom.heart.org/news/during-pandemic-nations-top-public-health-organizations-urge-patients-to-get-flu-vaccinations-to-prevent-serious-health-risks-reduce-burden-on-hospitals

7. Attached as Exhibit E is a true and correct copy of a page from the website of the Infectious Diseases Society of America entitled "What's True About the Flu," last updated on January 14, 2013 and downloaded on December 2, 2020, available at: https://www.idsociety.org/public-health/influenza/influenza-main-page/whats-true-about-the-flu/

8. Attached as Exhibit F is a true and correct copy of a page from the National Foundation for Infectious Diseases website entitled "Flu (Influenza)," downloaded on December 2, 2020 and available at: https://www.nfid.org/infectious-diseases/influenza-flu/

9. Attached as Exhibit G is a true and correct copy of a "Statement from the U.S. Surgeon General Dr. Jerome M. Adams on the Flu," published on February 15, 2018, available at: https://www.hhs.gov/surgeongeneral/about/news/us-surgeon-general-jerome-adams-statement-on-the-flu/index.html

10. Attached as Exhibit H is a true and correct copy of a news article entitled "Surgeon General urges flu shots to prevent 'double whammy' with coronavirus," dated August 7, 2020, available at: https://www.axios.com/surgeon-general-coronavirus-flu-shot-ead4ca6f-afeb-4082-a64d-375892bff5bf.html

11. Attached as Exhibit I is a true and correct copy of a page from the Centers for Disease Control and Prevention website entitled "Flu Vaccine Safety Information: Questions & Answers," last reviewed on September 17, 2019 and downloaded on November 25, 2020, available at: https://www.cdc.gov/flu/prevent/general.htm

12. Attached as Exhibit J is a true and correct copy of a page from the Centers for Disease Control and Prevention website entitled "What are the benefits of flu vaccination?" last reviewed on October 23, 2020 and downloaded on November 25, 2020, available at: https://www.cdc.gov/flu/prevent/vaccine-benefits.htm

Signed under the pains and penalties of perjury this 8th day of December 2020.

                                                  */s/ Richard S. Weitzel*
                                                  Richard S. Weitzel
                                                  Assistant Attorney General

## **CERTIFICATE OF SERVICE**

  I certify that this document with its exhibits, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF).

                 */s/ Richard S. Weitzel*
                 Richard S. Weitzel
                 Assistant Attorney General

Dated:  December 8, 2020