UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN and DEANN HENRY, KAREN TALERICO, MARK MATHENA and CATHERINE HUFFMAN, ANDREA POLCARO, ADAM F. and KORIE L. CROSSMAN, MARK R. and NICHOLE J. GUSTAFSON,<br><br>Plaintiffs,<br><br>CHARLES BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts, and MONICA BHAREL, M.D., in her official capacity as Commissioner of the Department of Public Health,<br><br>Defendants. | C.A. No. 1:20-CV-12032 |

**JOINT MOTION FOR TEMPORARY STAY
WITH CONDITIONAL AGREEMENT TO DISMISS**

In light of the recent removal of the Massachusetts influenza vaccine requirement by the Defendant Massachusetts Department of Public Health ("Department"), as reported to the Court on January 15, 2021, the parties have conferred and now jointly move for an order that would stay all proceedings in this case until March 20, 2021, with the understanding (as set forth below) that Plaintiffs would then voluntarily dismiss their claims without prejudice under Fed. R. Civ. P. 41(a)(1)(A) if the influenza vaccine requirement has not been reinstated by the Department for the 2020-21 school year by that date.  In support of this motion, the parties state as follows:

1.       On January 15, 2021, the Department removed the requirement that students attending Massachusetts schools be required to receive the influenza vaccine by February 28,

-1-

2021. The Department's schedule of required student immunizations for the 2020-21 school year no longer contains an influenza vaccine requirement.

2. The parties agree that, in light of the Department's removal of the influenza vaccine requirement, it is unnecessary for the Court to resolve the claims and issues raised in Plaintiffs' complaint and pending motion for preliminary injunction.

3. In these circumstances, the parties respectfully request that the Court stay all proceedings in this case until March 20, 2021, to ensure that, in the event that the Department were to reinstate a student influenza vaccine requirement for the 2020-21 school year before March 20, 2021, Plaintiffs could then pursue their current claims and would not be in a position of having to re-file a new lawsuit after voluntarily dismissing the present action.

4. In connection with the filing of this joint motion, Plaintiffs have agreed, and hereby represent to the Court that, if the Department does not reinstate a student influenza vaccine requirement for the 2020-21 school year by March 20, 2021, then they will promptly (after March 20, 2021) take all necessary steps to voluntarily dismiss their complaint in this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

WHEREFORE, the parties respectfully request that the Court issue an order staying all proceedings in this case until March 20, 2021, subject to the Plaintiffs' agreement that they will voluntarily dismiss their complaint without prejudice promptly after that date if the Department has not by March 20, 2021 reinstated a student influenza vaccine requirement for the 2020-21 school year.

Respectfully submitted,

For the Plaintiffs:

*/s/ Thomas O. Mason*
Thomas O. Mason, Esq.
Law Office of Thomas O. Mason
Massachusetts Bar #.: 559263
19 Wells Place
Lynn, MA 01902-1623
Telephone (781) 599-2689
Facsimile: (781) 599-6237
Email: Tommason339@gmail.com

And

*/s/ Patrick N. Leduc*
Patrick N. Leduc, Esq.
Florida Bar # 0964182
Law Offices of Patrick Leduc, P.A.
4809 E. Busch Blvd., Ste. 204
Tampa, FL 33617
Telephone: 813-985-4068
Facsimile: 813-333-0424
Email: Patrick.Leduc@ymail.com
*Subject to admission pro hac vice*

And

*/s/ Luke Lirot*
Luke Lirot, Esquire
Florida Bar # 714836
Luke Charles Lirot, P.A.
224 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
Email: luke2@lirotlaw.com
Alternate email addresses:
sean@lirotlaw.com
krista@lirotlaw.com
*Subject to admission pro hac vice*

        For the Defendants:

        MAURA HEALEY
        ATTORNEY GENERAL

        */s/ Richard S. Weitzel*
        Richard S. Weitzel (BBO No. 630303)
        *Assistant Attorney General*
        Government Bureau
        One Ashburton Place
        Boston, MA 02108
        (617) 963-2022
        Richard.Weitzel@mass.gov

Dated: February 2, 2021

## CERTIFICATE OF SERVICE

  I certify that this document, filed through the Court's ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ Richard S. Weitzel*
        Richard S. Weitzel
        Assistant Attorney General

Dated: February 2, 2021